THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Heyward Williams,       
Appellant,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

Appeal From Richland County
Henry F. Floyd, Circuit Court Judge

Unpublished Opinion No. 2005-UP-093
Submitted February 1, 2005  Filed February 
 8, 2005 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 for Appellant.
Assistant Attorney General David E. Spencer, of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  In this case involving a petition for 
 writ of habeas corpus, Heyward Williams appeals the circuit courts order finding 
 the trial court had subject matter jurisdiction to convict him of first-degree 
 burglary. He contends there is insufficient evidence to support the finding 
 that the indictment for first-degree burglary was true billed by the grand 
 jury.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Williams attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Williams appeal is without legal merit sufficient to warrant a new trial.  
 Williams did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. 
 [1] 
ANDERSON and BEATTY, JJ., and CURETON, A.J., 
 concur. 

 
 
 [1] Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rule 215, 
 SCACR.